IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHRISTIAN N.,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. 6:24-cv-01607-SB<br><br>ORDER GRANTING STIPULATED EAJA FEE APPLICATION |

    Based on the parties' stipulation, the Court hereby awards Plaintiff $7,366.32 in attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Pursuant to *Astrue v. Ratliff,* 560 U.S. 586, 589, 593 (2010), Plaintiff's EAJA fee award is subject to offset under the Treasury Offset Program. If the Commissioner confirms that Plaintiff owes no such debt, Plaintiff's EAJA fee award shall be made payable and mailed to Plaintiff's counsel, Katherine L. Eitenmiller, WELLS, MANNING, EITENMILLER & TAYLOR, P.C., 474 Willamette Street, Eugene, Oregon 97401. If Plaintiff owes debt that is subject to offset, the check for any post-offset funds shall be made out to Plaintiff and mailed to counsel's address provided above. There are no costs or expenses to be paid herein.

    Dated this 10th day of November, 2025.

                                                    */s/ Stacie F. Beckerman*
                                                  HON. STACIE F. BECKERMAN
                                                  United States Magistrate Judge